# Third District Court of Appeal

## State of Florida

Opinion filed July 12, 2017.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D17-1195
Lower Tribunal No. 04-29879
_____

**Luis La-Casse,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Teresa Mary Pooler, Judge.

Luis La-Casse, in proper person.

Pamela Jo Bondi, Attorney General, for appellee.

Before SUAREZ, SALTER, and LUCK, JJ.

PER CURIAM.

Luis La-Casse appeals the trial court's entry of an order precluding him from filing any further *pro se* post-conviction pleadings. The ruling in State v.

Spencer, 751 So. 2d 47 (Fla. 1999) requires that we reverse. Pursuant to Spencer, the trial court was required to issue a Show Cause Order to provide La-Casse the opportunity to demonstrate why an order precluding *pro se* filings should not be entered. Although La-Casse was warned that such an Order would be entered, no Show Cause Order was issued below. We therefore reverse for the entry of such an order by the trial court.

Reversed and remanded.